IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| COURTNEY CHRISTIAN MAYNARD | § | |
| VS. | § | CIVIL ACTION NO. 1:25cv203 |
| SHERIFF, HARRIS COUNTY | § | |

MEMORANDUM OPINION AND ORDER REGARDING VENUE

Petitioner Courtney Christian Maynard, a detainee at the Harris County Jail, filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

Discussion

A petition filed pursuant to Section 2241 must be filed in the federal judicial district where the petitioner is incarcerated.  Petitioner is incarcerated in Harris County, Texas.  Pursuant to 28 U.S.C. § 124(b)(2), Harris County is located in the Houston Division of the Southern District of Texas.  As a result, venue is not proper in this court.  This matter should therefore be transferred to the Houston Division of the Southern District.

**ORDER**

For the reasons set forth above, it is **ORDERED** that this Petition for Writ of Habeas Corpus is **TRANSFERRED** to the Houston Division of the United States District Court for the Southern District of Texas.

**SIGNED this the 8th day of May, 2025.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE